**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTH COUNTY COMMUNICATIONS CORPORATION, a California corporation,<br><br>      Plaintiff-counter-<br>      defendant-Appellant,<br><br>  v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware limited partnership,<br><br>      Defendant-counter-claimant-<br>      Appellee. | No.    17-56438<br><br>D.C. No.<br>3:09-cv-02685-CAB-JLB<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, District Judge, Presiding

Submitted June 4, 2018[**]
San Francisco, California

Before:  CLIFTON and FRIEDLAND, Circuit Judges, and RICE,[***] Chief District Judge.

_____

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

[***]      The Honorable Thomas O. Rice, Chief United States District Judge for the Eastern District of Washington, sitting by designation.

We **AFFIRM** for the reasons given by the district court.